THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-230 JLR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING STIPULATED |
| ) | MOTION TO PROCEED WITH |
| SHANNON MCCALL, ) | GUILTY PLEA BY VIDEO OR |
| ) | TELEPHONIC HEARING |
| Defendants. ) | |
| ) | |

THE COURT has considered Shannon McCall's stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20). Specifically, Ms. McCall was indicted on November 7, 2019, and, after a defense request for a continuance, her trial was scheduled for June 22, 2020. Dkt. 33. Her trial date was vacated when COVID-19 pandemic required closure of the Seattle and Tacoma courthouses. *See* Dkt. 44, 46, 49. Per General Order No. 14-20 (9/1/20), the courthouses will remain closed through at least October 5, 2020. During

ORDER GRANTING STIPULATED MOTION
TO PROCEED WITH GUILTY PLEA BY
VIDEO OR TELEPHONIC HEARING
(US v. MCCALL, CR19-230 JLR) - 1

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**

this period of delay, Ms. McCall has been subject to the terms of an appearance bond, under the supervision of a third-party custodian. ECF 22. Ms. McCall seeks to resolve this matter expeditiously, in part to mitigate the stress associated with pending criminal charges and uncertain outcomes.

      THE COURT ORDERS that a guilty plea hearing be scheduled by video conference. The parties are directed to contact the magistrate clerks to schedule the videoconference plea hearing.

      DATED this 1st of September, 2020.

The Honorable James L. Robart
United States District Judge

Presented by:

*/s/Christopher Carney*
CHRISTOPHER CARNEY
Attorney for Shannon McCall
Carney Gillespie PLLP
600 1st Ave., Suite LLl08
Seattle, WA 98104
206-445-0220
Fax: 206-445-0220
Email: christopher.carney@carneygillespie.com

ORDER GRANTING STIPULATED MOTION
TO PROCEED WITH GUILTY PLEA BY
VIDEO OR TELEPHONIC HEARING
(US v. MCCALL, CR19-230 JLR) - 2

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**