THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-230 JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO POSTPONE DATE FOR VOLUNTARY SURRENDER BY DEFENDANT SHANNON MCCALL |
| SHANNON MCCALL, | ) | |
| Defendants. | ) | |

THE COURT has considered Shannon McCall's stipulated motion to postpone date for voluntary surrender, along with all the records and files in this case.

The motion is GRANTED. Ms. McCall is ordered to self surrender at FDC Seatac no later than 10:00 a.m. on April 12, 2021 to serve the sentence imposed by the court in this case.

DATED this 30th of December, 2020.

*[signature]*

The Honorable James L. Robart
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO POSTPONE DATE FOR VOLUNTARY
SURRENDER BY DEFENDANT SHANNON
MCCALL
(US v. MCCALL, CR19-230 JLR) - 1

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**

Presented by:

*/s/Christopher Carney*
CHRISTOPHER CARNEY
Attorney for Shannon McCall
Carney Gillespie PLLP
600 1st Ave., Suite LLl08
Seattle, WA  98104
206-445-0220
Fax: 206-445-0220
Email: christopher.carney@carneygillespie.com

ORDER GRANTING STIPULATED MOTION
TO POSTPONE DATE FOR VOLUNTARY
SURRENDER BY DEFENDANT SHANNON
MCCALL
(US v. MCCALL, CR19-230 JLR) - 2

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**