THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHANNON MCCALL,<br><br>        Defendant. | No. CR19-230 JLR<br><br>ORDER GRANTING MOTION TO MODIFY BOND |

THE COURT has considered Shannon McCall's motion to modify her bond and the records and files therein.

It is now ORDERED that Ms. McCall's bond be modified to permit her to contact former co-defendant, Leontai Berry on condition that she not discuss the case. All other conditions of bond remain in place.

DATED this 5th of February, 2021.

_____
The Honorable James L. Robart
United States District Judge

ORDER GRANTING MOTION TO MODIFY BOND
(US v. MCCALL, CR19-230 JLR) - 1

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**

Presented by:

*/s/Christopher Carney*
CHRISTOPHER CARNEY
Attorney for Shannon McCall
Carney Gillespie PLLP
600 1st Ave., Suite LLl08
Seattle, WA  98104
206-445-0220
Fax: 206-445-0220
Email: christopher.carney@carneygillespie.com

ORDER GRANTING MOTION TO MODIFY
BOND
(US v. MCCALL, CR19-230 JLR) - 2

**CARNEY GILLESPIE PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**